FILED
CLERK U.S. DISTRICT COURT

JUN 17 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JAMES BLAKE RAMSEY, | ) EDCV 07-1096-JSL (SH) |
| | ) |
| | ) ORDER ADOPTING AMENDED |
| | ) REPORT AND  RECOMMENDATION |
| Plaintiff, | ) OF UNITED STATES |
| | ) MAGISTRATE JUDGE; and |
| v. | ) ORDER |
| | ) |
| TERESA SLOAN-KENTNER, | ) |
| LARRY W. ALLEN, DOES 1 TO 10 | ) |
| INCLUSIVE, et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the First Amended Complaint and other papers along with the attached Amended Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Amended Report and Recommendation.

IT IS HEREBY ORDERED that:

1.    The Amended Report and Recommendation is approved and adopted.

1

2.     Defendants' Motion to Dismiss is granted.

3.     Plaintiff's First Amended Complaint is dismissed without leave to amend.

4.     Plaintiff's First Amended Complaint is dismissed for lack of subject matter jurisdiction pursuant to Fed. R. Civ. P. 12(b)(1).

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment herein on the Plaintiff and counsel for Defendants.

DATED:   June 17, 2008

*Spencer Letts*

J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE