FILED
CLERK U.S. DISTRICT COURT
JUN 17 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| JAMES BLAKE RAMSEY, | ) EDCV 07-1096-JSL  (SH) |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| TERESA SLOAN-KENTNER, LARRY W. ALLEN, DOES 1 TO 10 INCLUSIVE, et al., | ) |
| Defendants. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: 6/17/08

*Spencer Letts*
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE

1